UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation, <br><br>        Plaintiff, <br><br>     vs. <br><br> PREFERRED EXPRESS ROADSIDE, INC., a California corporation and DOES 1 through 10, inclusive, <br><br>        Defendants. | Case No. 8:19-cv-01854-JLS-JDE <br> Judge Josephine L. Staton <br> Magistrate Judge John D. Early <br><br><br> **JUDGMENT** |

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of AAA.

2. Preferred Express, its agents, servants, employees, attorneys, and any and all persons in active concert or participation with any of them, are PERMANENTLY ENJOINED from engaging in any of the following acts:

   a. Using the AAA Mark, or any other name, mark, or design incorporating the AAA Mark, either alone or in combination with other words or symbols, in marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any emergency roadside services and other related services at any locality in the United States;

   b. Using the AAA Mark, or any other name, mark, or design incorporating the AAA Mark, in any form or manner that would tend to identify or associate Preferred Express's businesses or services with AAA in marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any business;

   c. Representing (either orally or in writing) that its business is affiliated with, or approved by, AAA in any way in marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any business;

3. Preferred Express, pursuant to 15 U.S.C. § 1118, is ORDERED to deliver to AAA's attorney within thirty (30) days after the entry of judgment in this matter, to be impounded or destroyed by AAA, all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, stationery, and any other items in their possession or control that contain the AAA Mark, or any other name, mark, or

design incorporating the AAA Mark, either alone or in combination with other words and symbols;

4. Preferred Express is further ORDERED to remove from its business premises and emergency roadside service vehicles, within thirty (30) days after the entry of Judgment in this matter, all instances of the AAA Mark, or any other name, mark, or design incorporating the AAA Mark, and to destroy all molds, plates, masters, or means of creating the infringing items;

5. Preferred Express is further ORDERED to instruct, within thirty (30) days after the entry of Judgment in this matter, any print directory, Internet directory, or website that they have caused to carry the AAA Mark, or any other name, mark, or design incorporating the AAA Mark, to cease using such marks at the earliest possible date; and

6. No later than thirty (30) days after the entry of judgment in this matter, Preferred Express is ORDERED to file with the Clerk of this Court and serve AAA, a report in writing, under oath, setting forth in detail the manner and form in which Preferred Express has complied with the foregoing injunction.

IT IS SO ORDERED.

Dated:  April 10, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE