1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>PREFERRED EXPRESS ROADSIDE, INC., a California corporation and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 8:19-cv-01854-JLS-JDE<br><br>**ORDER HOLDING DEFENDANT PREFERRED EXPRESS ROADSIDE, INC. IN CONTEMPT** |
|---|---|

Based upon the Court's Findings of Fact and Conclusions of Law re: Contempt (Doc. 40), the Court holds Defendant Preferred Express Roadside, Inc. ("Preferred Express") in contempt. The Court ORDERS that Preferred Express pay a fine to the Court of $50.00 per day until such time as it complies with the terms of the Court's Injunction (Doc. 20 at 3–5). Specifically, Preferred Express must file with the Clerk of this Court and serve AAA a report in writing, under oath, setting forth in detail the manner and form in which Preferred Express has complied with the Injunction. (*Id.*)

AAA is ordered to personally serve this Order and the Court's Findings of Fact and Conclusions of Law re: Contempt (Doc. 40) on Preferred Express forthwith, and to file proof of service with the Court. The per diem fine will commence **upon the filing of the proof of service.**

**IT IS SO ORDERED.**

Dated: August 02, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE